USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others
similarly situated,

                              Plaintiffs,

              v.

3.1 PHILLIP LIM, LLC.
                              Defendant.

Application GRANTED.
Dated: December 6, 2018
       New York, New York

18 CV 9250 (LGS)

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff and Defendant jointly move for entry of the Consent Decree attached

hereto as Exhibit A. The attached Consent Decree completely resolves this case, disposing of all

claims and parties and all parties and counsel agree to and request entry of the attached Consent

Decree.

December 5, 2018                    Respectfully submitted,

                              **COHEN & MIZRAHI LLP**


                    By:   /s/ Joseph H. Mizrahi
                              Joseph H. Mizrahi, Esq.
                              300 Cadman Plaza West, 12th Fl.
                              Brooklyn, New York 11201
                              *Attorneys for Plaintiff*


                              **HAND BALDACHIN & ASSOCIATES LLP**


                    By:   /s/ Adam B. Michaels
                              Adam B. Michaels
                              8 West 40th Street, 12th Floor
                              New York, New York 10018
                              *Attorneys for Defendant*